UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHERYL SIMANI, §
§
Plaintiff, §
VS. § CIVIL ACTION NO. 4:16-CV-2193
§
BEECHNUT ACADEMY, §
§
Defendant. §

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, the defendants' motion for summary judgment is **GRANTED**. The plaintiffs shall take nothing by their suit.

This is a Final Judgment.

SIGNED on this 28th day of February, 2018.

_____
Kenneth M. Hoyt
United States District Judge